IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VIRGINIA BROBANDER | ) CASE NO. 04:05 CV 0741 |
| Plaintiff | ) |
| -vs.- | ) JUDGE CHRISTOPHER A. BOYKO |
| | ) |
| | ) Magistrate Judge Kenneth S. McHargh |
| UNUM LIFE INSURANCE CO. | ) |
| OF AMERICA, et al. | ) |
| | ) **DISMISSAL ENTRY** |
| Defendant | ) |

Case settled and dismissed, with prejudice.

5/29/08                   *Christopher A. Boyko*
_____            _____
Date                         Judge

APPROVALS:

/s/Angela J. Mikulka                /s/Brett Bacon-per telephone consent
Attorneys for Plaintiff              Attorneys for Defendants

**CERTIFICATION**

A copy of the foregoing Dismissal Entry was electronically filed this 29th day of May, 2008.

/s/ Angela J. Mikulka
ANGELA J. MIKULKA    (0009274)